## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATICO INTERNATIONAL USA INC., | |
| Plaintiff, | Civil No. _____ |
| v. | |
| SMIFFY'S USA | **COMPLAINT** |
| and | **DEMAND FOR JURY TRIAL** |
| SMIFFY'S SALES SERVICES, INC. | |
| Defendants. | |

Plaintiffs, by their attorneys Novak Druce & Quigg LLP, complain of Defendants and allege as follows:

### NATURE OF THIS ACTION

1. This is an action for copyright infringement arising under the Copyright Act, 17 U.S.C. § 501.

### THE PARTIES

2. Plaintiff Atico International USA, Inc. ("Atico") is a corporation organized and existing under the laws of the state of Florida, and having their principal place of business at 501 S. Andrews Avenue, Ft. Lauderdale, FL 33302.

3. Upon information and belief, Defendant Smiffy's is a corporation organized and existing under the laws of the state of California, and having its principal place of business at 7020 Hayvenhurst Ave., Unit D, Van Nuys, CA 91406.

1

4. Upon information and belief, Defendant Smiffy's Sales Services, Inc. (together with Smiffy's USA "Smiffy's" or "Defendants") is a corporation organized and existing under the laws of the state of Virginia, and having its principal place of business at 7020 Hayvenhurst Ave., Unit D, Van Nuys, CA 91406.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Smiffy's because Smiffy's conducts business in this District and the acts of infringement complained of herein occurred in this District.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400 (a).

## FACTS

8. Atico is the owner of registered copyrights for artwork depicting humorous scenes related to characters typically associated with Halloween ("Atico Halloween Mats"). Atico prints, or has printed, the copyrighted artwork onto plastic mats (door mats) that have a sensor and sound device attached. When pressure is placed onto the copyrighted artwork on the mat, for example from a person stepping onto the mat, the sensor causes the sound device to make noise, such as a prerecorded scream.

9. Atico has sold and distributed the Atico Halloween Mats throughout the United States through various distributors and trade customers.

10. Atico advertises its Halloween novelties, including the Atico Halloween Mats, through catalogs and on the internet.

11. Atico and Smiffy's are competitors. Like Atico, Smiffy's advertises various Halloween novelties through catalogs and on the internet. Upon information and belief, like Atico, Smiffy's sells its Halloween novelties throughout the United States through various distributors and trade customers.

12. Upon information and belief, without permission, Smiffy's has copied and continues to copy one or more of Atico's copyrighted artworks onto door mats ("Infringing Halloween Mats") that Smiffy's has sold and continues to sell throughout the United States.

13. Upon information and belief, Smiffy's has advertised and continues to advertise its Infringing Halloween Mats in its catalogs and on the internet.

### COUNT I
### COPYRIGHT INFRINGEMENT

14. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

15. Plaintiff is, and at all relevant times has been, the copyright owner under United States copyright with respect to certain copyrighted artwork. True and correct copies of the copyright registrations for these artworks are attached as Exhibit A hereto.

16. Among the exclusive rights granted to Plaintiff under the Copyright Act is the exclusive right to reproduce the copyrighted artwork and to distribute the copyrighted artwork to the public.

17. Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiff, have used, advertised, and sold, and continue to use, advertise and sell, Infringing Halloween Mats imprinted with copies of Plaintiff's copyrighted artwork. In doing so, Defendants have violated Plaintiff's exclusive rights of reproduction and

distribution. Defendants' actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright. Shown below are true and correct copies of Plaintiff Atico's copyrighted artwork and Defendants Smiffy's Infringing Halloween Mats (copied from Smiffy's internet advertising at http://www.smiffys.com/US/Trade/products.aspx).

Atico's Copyrighted Dracula Artwork



Smiffy's Infringing Dracula Mat -- Internet Product Code 26535



4

Atico's Copyrighted Frankenstein Artwork



Smiffy's Infringing Frankenstein Mat -- Internet Product Code 26534



Atico's Copyrighted Haunted House Artwork



Smiffy's Infringing Haunted House Mat— Internet Product Code 26533



18. Plaintiff is informed and believes that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

19. As a result of Defendants' infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendants' infringement of each of the copyrighted artworks. Plaintiff is also entitled to disgorgement of all profits made by Defendants for each illegal sale of Infringing Halloween Mats. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

20. The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendants from further infringing Plaintiffs' copyrights, and ordering Defendants to destroy all copies of the copyrighted artwork and resulting Infringing Halloween Mats made in violation of Plaintiff's exclusive rights.

## PRAYER FOR RELIEF

WHEREFORE, Atico respectfully requests this Court:

(1)   To enter judgment for Plaintiff that Defendants have infringed Plaintiff's copyrights.

(2)  To enter orders preliminarily and permanently enjoining and restraining

Defendants and their officers, agents, servants, employees, attorneys, and all

persons in active concert or participation with any of them, from:

   a.  Copying Plaintiff's copyrighted artwork;

   b.  Displaying, selling, and distributing any products that infringe Plaintiff's

       copyrighted artwork;

   c.  Otherwise infringing or causing others to infringe Plaintiff's copyrighted

       artwork.

(3)  To require Defendants to deliver up for destruction all products and materials in

their possession or control that infringe Plaintiff's copyrights.

(4)  To require Defendants to recall all products and materials that infringe

Plaintiff's copyrights.

(5)  To require Defendants to account for and pay Plaintiff profits derived from

Defendants' copyright infringement, specifically derived from profits on sales

of Infringing Halloween Mats.

(6)  To require Defendants to pay Plaintiff its actual damages sustained as a result of

Defendants' copyright infringement.

(7)  To require Defendants to pay Plaintiff statutory damages for each infringement

pursuant to 17 U.S.C. § 504.

(8)  To require Defendants to pay Plaintiff's costs in this action.

(9)  To require Defendants to pay Plaintiff's attorneys' fees incurred herein.

(10) For such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Atico hereby demand a trial by jury on all issues appropriately triable by a jury.


Dated:  October 11, 2006



By:  Novak Druce & Quigg LLP



_____

James Remenick (DC Bar #433973)
*Attorney for Plaintiff*
*Atico International USA, Inc.*

Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 671 – 812**

| 7 | 12 | 06 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼
Halloween Monsters

NATURE OF THIS WORK ▼ See instructions
2 Dimensional Illustrations

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

NAME OF AUTHOR ▼
**a** ATICO INTERNATIONAL USA INC

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leaves the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in ___ USA ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture     ☐ Map           ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼
**b**

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ____ Day ____ Year ____     Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

ATICO INTERNATIONAL USA INC
501 S ANDREWS AVENUE
FT LAUDERDALE FL 33301

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
7-12-06
ONE DEPOSIT RECEIVED
7-12-06
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY _CRb_ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a** See instructions before completing this space
**b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

JAMES REMENICK, Esq
Novak Druce & Quigg, LLP
1300 Eye St NW Wash DC 20005

Area code and daytime telephone number   ( 202 ) 659-0100        Fax number   ( 202 ) 659-0105

Email   jim.remenick@novakdruce.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Atico International USA, Inc
check only one ▶
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
James Remenick        Date _July 12, 2006_

Handwritten signature (X) ▼
X

**9** 
Certificate will be mailed in window envelope to this address:

Name ▼  _JAMES REMENICK, Esq_
Number/Street/Apt ▼  _Novak Druce & Quigg, LLP_
City/State/ZIP ▼  _1300 EYE St NW. Wash. DC. 20005_

• Complete all necessary spaces
• Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**ATICO INTERNATIONAL USA INC**
**New U.S. Copyright Application for a 2-Dimensional Artwork**
**"Halloween Monsters"**
**8134.004.CPY**

**IDENTIFYING MATERIAL**
**SET 1**






















# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS    Smiffy's USA and Smiffy's |
|---|---|
| Atico International USA, Inc. | Sales Services, Inc. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888 <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888 <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br> James Remenick, Novak Druce & Quigg LLP <br> 1300 I St., NW, Wash. DC 20005 202-659-0100 | ATTORNEYS (IF KNOWN) <br><br> not known |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- □ 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | □ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane <br> □ 315 Airplane Product Liability <br> □ 320 Assault, Libel & Slander <br> □ 330 Federal Employers Liability <br> □ 340 Marine <br> □ 345 Marine Product Liability <br> □ 350 Motor Vehicle <br> □ 355 Motor Vehicle Product Liability <br> □ 360 Other Personal Injury <br> □ 362 Medical Malpractice <br> □ 365 Product Liability <br> □ 368 Asbestos Product Liability | □ 151 Medicare Act <br><br> **Social Security:** <br> □ 861 HIA ((1395ff) <br> □ 862 Black Lung (923) <br> □ 863 DIWC/DIWW (405(g) <br> □ 864 SSID Title XVI <br> □ 865 RSI (405(g) <br><br> **Other Statutes** <br> □ 891 Agricultural Acts <br> □ 892 Economic Stabilization Act <br> □ 893 Environmental Matters <br> □ 894 Energy Allocation Act <br> □ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. <br><br> *(If Antitrust, then A governs)* |

### X E. *General Civil (Other)* OR □ F. *Pro Se General Civil*

| **Real Property** <br> □ 210 Land Condemnation <br> □ 220 Foreclosure <br> □ 230 Rent, Lease & Ejectment <br> □ 240 Torts to Land <br> □ 245 Tort Product Liability <br> □ 290 All Other Real Property <br><br> **Personal Property** <br> □ 370 Other Fraud <br> □ 371 Truth in Lending <br> □ 380 Other Personal Property Damage <br> □ 385 Property Damage Product Liability | **Bankruptcy** <br> □ 422 Appeal 28 USC 158 <br> □ 423 Withdrawal 28 USC 157 <br><br> **Prisoner Petitions** <br> □ 535 Death Penalty <br> □ 540 Mandamus & Other <br> □ 550 Civil Rights <br> □ 555 Prison Condition <br><br> **Property Rights** <br> X 820 Copyrights <br> □ 830 Patent <br> □ 840 Trademark <br><br> **Federal Tax Suits** <br> □ 870 Taxes (US plaintiff or defendant <br> □ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty** <br> □ 610 Agriculture <br> □ 620 Other Food &Drug <br> □ 625 Drug Related Seizure of Property 21 USC 881 <br> □ 630 Liquor Laws <br> □ 640 RR & Truck <br> □ 650 Airline Regs <br> □ 660 Occupational Safety/Health <br> □ 690 Other <br><br> **Other Statutes** <br> □ 400 State Reapportionment <br> □ 430 Banks & Banking <br> □ 450 Commerce/ICC Rates/etc. <br> □ 460 Deportation | □ 470 Racketeer Influenced & Corrupt Organizations <br> □ 480 Consumer Credit <br> □ 490 Cable/Satellite TV <br> □ 810 Selective Service <br> □ 850 Securities/Commodities/ Exchange <br> □ 875 Customer Challenge 12 USC 3410 <br> □ 900 Appeal of fee determination under equal access to Justice <br> □ 950 Constitutionality of State Statutes <br> □ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| □ G. *Habeas Corpus/ 2255*<br>□ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination*<br>□ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT*<br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | □ J. *Student Loan*<br>□ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)*<br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)*<br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ M. *Contract*<br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ N. *Three-Judge Court*<br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Copyright Infringement under 17 USC Sec. 501

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>□    ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☒ YES    □ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES    ☒ NO    If yes, please complete related case form.

DATE 10/11/2006    SIGNATURE OF ATTORNEY OF RECORD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.