AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ATICO INTERNATIONAL USA, INC.,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

SMIFFY'S USA
and
SMIFFY'S SALES SERVICES, INC.
Defendants.

CASE NUMBER: 1:06CV01742  EGS

TO: (Name and address of Defendant)

Smiffy's USA
7020 Hayvenhurst Ave., Suite D
Van Nuys, CA 91406

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Remenick
Novak Druce & Quigg LLP
1300 Eye St. NW
400 East Tower
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              NOV 03 2006

CLERK                                                 DATE

_Jackie Frances_
(By) DEPUTY CLERK

Fax sent by : 2026590105        NDDQ LLP                 11-03-06 16:45    Pg: 8/27

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
DATE: 11-7-06 at 11:20 AM

NAME OF SERVER (PRINT): Jack Kessler  
TITLE: Register California Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 8759 Zelzah Ave. Northridge CA
Glen Schecter, agent, person authorized to receive

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 26.50 | TOTAL 26.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-9-06

X  J. Kessler  
Signature of Server

DDS Legal Support  
2900 Bristol St E-106  
Costa Mesa, CA 92626  
Address of Server

Tel 714-662 5555

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.