CO-386-online
10/03

# United States District Court
# For the District of Columbia

ATICO INTERNATIONAL USA INC.  )
                         Plaintiff  )
vs  )   Civil Action No. 06-1742 (EGS)
SMIFFY'S USA, INC., SMIFFY'S  )
SALES SERVICES, INC.  )
                        Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Smiffy's USA, Inc. & Smiffy's Sales Services, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Smiffy's USA, Inc. & Smiffy's Sales Services, Inc. which have any outstanding securities in the hands of the public:

There are no such companies.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
*/s/ Gary Morris*
Signature

457851
BAR IDENTIFICATION NO.

Gary Morris
Print Name

1500 K Street, N.W., Suite 700
Address

Washington, DC    20005
City      State      Zip Code

202-220-4200
Phone Number