UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATICO INTERNATIONAL USA INC., ) ) Plaintiff, ) ) v. ) SMIFFY'S USA, INC., *et al.*, ) ) Defendants. ) | Civil Action No. 06-1742 (EGS) |

### ORDER

Pending before the Court is defendants' motion to dismiss the complaint for insufficiency of service or, in the alternative, to quash service.  Defendants Smiffy's USA, Inc. and Smiffy's Sales Services, Inc. have not been properly served under Federal Rule of Procedure 4(h) or under California law because plaintiff served <u>former</u> employee Glen Schecter at his home address.  Mr. Schecter was not an officer, managing agent, general agent, or an agent authorized to receive service of process on behalf of either of the defendants at the time he was served.  *See* Sean Lucas Decl. ¶ 5, Ex. 1 to Defs.' Mot. to Dismiss.

Although this Court has broad discretion to dismiss the complaint based on ineffective service, "dismissal is not appropriate when there exists a reasonable prospect that service can be obtained."  *Novak v. World Bank*, 703 F.2d 1305, 1310 (D.C. Cir. 1983).  Plaintiff now has the correct address for service of

process and can obtain effective service if it chooses to do so. Accordingly, it is hereby

**ORDERED** that the defendants' motion to dismiss for insufficiency of service or, in the alternative, to quash service is **GRANTED IN PART AND DENIED IN PART;** and it is

**FURTHER ORDERED** that service on the defendants is quashed and plaintiff shall properly serve defendants by no later than **February 26, 2007;** and it is

**FURTHER ORDERED** that plaintiff's request for attorneys' fees is **DENIED** because the Court finds that plaintiff has not effected proper service on the defendants.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**January 30, 2007**