UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATICO INTERNATIONAL USA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SMIFFY'S USA, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1742 (EGS) |

### ORDER TO SHOW CAUSE

On January 30, 2007, the Court issued an order finding that plaintiff had not properly served its October 11, 2006 Complaint on defendants. Service was therefore quashed and plaintiff was directed to properly serve defendants by no later than February 26, 2007. As of the date of this Order to Show Cause, plaintiff has filed no proof of proper service. Accordingly, it is hereby

**ORDERED** that plaintiff shall show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m) by no later than **May 11, 2007;** and it is

**FURTHER ORDERED** that failure to respond to this Order to Show Cause will result in dismissal of this case.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**April 30, 2007**