UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATICO INTERNATIONAL USA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1742 (EGS) |
| ) | |
| SMIFFY'S USA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 30, 2007, plaintiff was ordered to show cause why the above-captioned case should not be dismissed for failure to prosecute by May 11, 2007 and was advised that the plaintiff's failure to respond would result in the dismissal of its case.

Plaintiff has failed to respond to the Order to Show Cause as of the date indicated below.  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            May 16, 2007**